UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and the STATE OF RHODE ISLAND,<br><br>Plaintiff,<br><br>v.<br><br>THE RHODE ISLAND BOARD OF GOVERNORS FOR HIGHER EDUCATION, THE UNIVERSITY OF RHODE ISLAND, THE TOWN OF NARRAGANSETT, and THE TOWN OF SOUTH KINGSTOWN,<br><br>Defendants. | ) | Civil Action 08-0306 (ML) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008, I caused to be served a copy of the Civil Cover Sheet, Complaint, and proposed Consent Decree in the above-captioned matter via U.S. Mail on the following five addressees:

Alexandra Callam, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Boulevard
Suite 2008
Warwick, RI 02886

Louis J. Saccoccio, Esq.
General Counsel
Green Hall
45 Campus Avenue
Kingston, RI 02881

Mr. Jeffry Ceasrine
Town Manager
Town of Narragansett
25 Fifth Avenue
Narragansett, RI 02802

Mr. Stephen A. Alfred
Town Manager
Town of South Kingstown
180 High Street, Town Hall
Wakefield, RI 02879

/s/ Keith T. Tashima

KEITH T. TASHIMA
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 616-9643 (tel)
(202) 616-2427 (fax)
keith.tashima@usdoj.gov