UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA and
the STATE OF RHODE ISLAND :
:
:
v. : C.A. No. 08-306ML
:
THE BOARD OF GOVERNORS FOR :
HIGHER EDUCATION, THE :
UNIVERSITY OF RHODE ISLAND, :
TOWN OF NARRAGANSETT, and :
TOWN OF SOUTH KINGSTOWN :

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
August 13, 2008

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk