UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
and STATE OF RHODE ISLAND

vs. CA 08-306ML

THE BOARD OF GOVERNORS FOR
HIGHER EDUCATION, UNIVERSITY
OF RHODE ISLAND, TOWN OF
NARRAGANSETT and TOWN OF SOUTH
KINGSTOWN

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
August 14 , 2008

Entered as an Order of this Court on August 15, 2008.

Barbara Barletta
Deputy Clerk